OPINION — AG — WHERE PARENTS LIVING SEPARATE AND APART FORM EACH OTHER HAVE ESTABLISHED SEPARATE LEGAL RESIDENCES, THE RESIDENCE FOR SCHOOL PURPOSES OF THE CHILD OR CHILDREN OF SUCH MARRIAGES IS THE RESIDENCE OF THE PARENT HAVING ACTUAL CUSTODY OF SUCH CHILD OR CHILDREN, PROVIDING SUCH PARENT CONTRIBUTES IN MAJOR DEGREE TO THE SUPPORT OF SUCH CHILD OR CHILDREN. CITE: 70 O.S. 1961 1-14 [70-1-14], 10 O.S. 1961 21 [10-21] (JAMES FUSON)